# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01890-CMA-BNB

GERALDINE GARCIA-GONZALES,

    Plaintiff,

v.

GC SERVICES LIMITED PARTNERSHIP, a Delaware limited partnership,

    Defendant.

## JUDGMENT

Pursuant to the offer of judgment served July 10, 2014 and the acceptance thereof filed July 28, 2014, with proof of service, and in accordance with Federal Rule of Civil Procedure 68, it is

ORDERED that judgment is hereby entered for the Plaintiff Geraldine Garcia-Gonzales and against the Defendant GC Services Limited Partnership in the amount of $1,000.00 plus an additional amount for Plaintiff's costs and Plaintiff's reasonable attorney's fees. Plaintiff's costs and Plaintiff's reasonable attorney's fees are to be in an amount to be determined between the parties and added to the Judgment or if they are unable to agree to be determined by the Court via Motion.

FURTHER ORDERED that post-judgment interest shall accrue at the rate of  0.11%  from the date of entry of Judgment.

DATED at Denver, Colorado this  30th  day of July, 2014.

                                      JEFFREY P. COLWELL, CLERK

                            By:   s/ A. Thomas
                                    Deputy Clerk