**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 14-cv-01890-CMA-BNB

GERALDINE GARCIA-GONZALES,

    Plaintiff,

v.

GC SERVICES LIMITED PARTNERSHIP, a Delaware limited partnership,

    Defendant.

---

**ORDER AMENDING JUDGMENT**

---

This matter is before the Court on the Stipulated Motion to Amend the Judgment against the Defendant to Add Plaintiff's Attorney Fees (Doc. # 14). The Court has reviewed the pleading and the case file and is fully advised in the premises. It is ORDERED as follows:

    1.    The Stipulated Motion to Amend the Judgment against the Defendant to Add the Plaintiff's Attorney's Fees, CM/ECF # 14, is GRANTED.

    2.    Plaintiff's reasonable attorney fees in the amount of $2,625.00 shall be added to the current Judgment of $1,000.00 and the costs taxed by the Clerk of the Court in the amount of $470.00. The Clerk of the Court is directed to enter Judgment for Plaintiff Geraldine Garcia-Gonzales and against Defendant GC Services Limited Partnership, in the total amount of $4,095.00, plus post-judgment interest.

    DATED: August __15__, 2014

                                              BY THE COURT:

                                              _____
                                              CHRISTINE M. ARGUELLO
                                              United States District Judge