## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01890-CMA-BNB

GERALDINE GARCIA-GONZALES,

    Plaintiff,

v.

GC SERVICES LIMITED PARTNERSHIP, a Delaware limited partnership,

    Defendant.

---

## AMENDED JUDGMENT

---

Pursuant to the offer of judgment served July 10, 2014 and the acceptance thereof filed July 28, 2014, with proof of service, and in accordance with Federal Rule of Civil Procedure 68, it is

ORDERED as follows the Stipulated MOTION for Order to Amend the Judgment, CM/ECF #14, is GRANTED, and it is

FURTHER ORDERED that judgment is hereby entered for the Plaintiff Geraldine Garcia-Gonzales and against the Defendant GC Services Limited Partnership in the amount of $1,000.00 plus an additional $470.00 for Plaintiff's costs and Plaintiff's reasonable attorney fees in the amount of $2,625.00. Judgment is entered in the total amount of $4,095.00, plus post-judgment interest. It is

FURTHER ORDERED that post-judgment interest shall accrue at the rate of .11% from the date of entry of Judgment.

DATED at Denver, Colorado this 19th day of August, 2014.

> JEFFREY P. COLWELL, CLERK
>
> By: s/ A. García Gallegos
> Deputy Clerk